IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**SWARTZ CAMPBELL LLC**
**BY:** William T. Salzer, Esquire     Attorneys for Plaintiff
Identification No. 42657
One Liberty Place - 38th Floor
1650 Market Street
Philadelphia, PA 19103
(215) 299-4346
wsalzer@swartzcampbell.com

| | |
|---|---|
| HARLEYSVILLE WORCESTER INSURANCE COMPANY,<br><br>                                       Plaintiff,<br>            v.<br><br>DALE WATERPROOFING SYSTEMS, INC., 237 KING PARTNERS, LLC AKA 237 EAST KING PARTNERS, LLC, BOZZUTO CONSTRUCTION COMPANY,<br><br>                                    Defendants. | CIVIL ACTION<br><br>NO. 23-3090 |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED that the above matter is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i).

                                                   SWARTZ CAMPBELL LLC

                                                   /s/ William T. Salzer
                                                   William T. Salzer
                                                   Attorneys for Plaintiff